| | |
|---|---|
| WEINSTEIN & RILEY, P.S. | |
| Jerome A. Yelsky – SBN 75240 | |
| Of Counsel | |
| 12100 Wilshire Blvd, Suite 1100 | |
| Los Angeles CA 90025 | |
| | |
| Telephone: 310-820-6529 | |
| Facsimile: 310-826-2321 | |

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Chapter 7 |
| Lionel Caron & Sandra Caron, | Bankruptcy No. 08-32075 TC |
| | Adversary Case No. 09-03010 |
| Debtor. | MOTION TO AMEND DISMISSAL OF |
| | ADVERSARY PROCEEDING |
| FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.) | DATE: 4/23/2009 |
| Plaintiff, | TIME: 10:00 AM |
| vs. | CTRM: 23 |
| Lionel Caron, | |
| Defendant. | |

  Plaintiff FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.) requests that the above-captioned adversary proceeding be dismissed pursuant to Federal Rules of Civil Procedure 41 and Federal Rules of Bankruptcy Procedure 7041 with prejudice.

///

///

///

Motion to Amend Dismissal of Adversary - 1

1     No consideration has been paid or promised by or on behalf of Debtor/ Defendant Lionel Caron
2 in exchange for the dismissal of this adversary proceeding for account number XXXXXXXX1799.
3
4 Dated: April 8, 2009             Weinstein & Riley, P.S.

                    /S/ Jerome A. Yelsky_____
                    Jerome A. Yelsky, Of Counsel
                    Attorneys for Plaintiff

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
                               ) ss.
COUNTY OF LOS ANGELES )

       I am a resident and employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 12100 Wilshire Boulevard, Suite 1100, Los Angeles, CA 90025.

       On April 8, 2009, I served the foregoing **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

Lionel Caron
1506 Oak St
San Mateo, CA 94402

James F Beiden
Attorney At Law
840 Hinckley Rd #245
Burlingame, CA 94010

       I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

       I declare under penalty of perjury under the law of the State of California, that the foregoing is true and correct.

       Executed on __4/8/09_____, at Los Angeles, California.

                                   /S/ Heidy Valdes
                                   Heidy Valdes